UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 10-422 (FSH) |
| ILYN ANTONIO LOPEZ-RIVERA | : | O R D E R |

This matter having come before the Court by request of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Ronnell L. Wilson, Assistant United States Attorney, appearing), by letter dated June 15, 2011 [Docket No.23] requesting that the Court revoke its June 3, 2011 Order Amending Supervised Release, and reinstate all the conditions of Supervised Release previously imposed on November 30, 2010, and Defendant Ilyn Antonio Lopez-Rivera, appearing pro se, having indicated to the United State Probation Office that he no longer wishes to leave the District of New Jersey, so that he may travel to Honduras and reside with his family; and for good cause shown;

IT IS on this 20th day of June, 2011,

ORDERED that the June 3, 2011 Order Amending Supervised Release [Docket No.22] is hereby revoked;

IT IS FURTHER ORDERED that all the conditions of Supervised Release, previously imposed on November 30, 2010, are hereby reinstated, effective immediately.

_____
Hon. Faith S. Hochberg
United States District Judge